IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JONATHAN MORNING     PLAINTIFF

V.     CIVIL ACTION NO. 3:18-CV-156-JMV

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY     DEFENDANT

## ORDER

Having Considered the Defendant's Unopposed Motion for Remand, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

On remand the Appeals Council will instruct the Administrative Law Judge to obtain evidence from a medical expert to clarify whether the claimant's mental impairment meets or equals Listing 12.05; re-evaluate whether the claimant's impairment meets or equals Listing 12.05; if warranted, obtain an additional psychological consultative examination; offer the claimant the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

SIGNED this 28th day of February, 2019.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE