IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JONATHAN MORNING                                                                                    PLAINTIFF

V.                                                                              CIVIL ACTION NO. 3:18-CV-156-JMV

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY                                                                                      DEFENDANT

## FINAL JUDGMENT

Consistent with the Order [24] granting the Commissioner's Motion to Remand, it is HEREBY ORDERED, ADJUDGED, AND DECREED that this case is REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

The Clerk is directed to provide copies of the remand Order [24] and this Final Judgment to the Social Security Administration.

SIGNED this 28th day of February, 2019.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE